# Court of Appeals
# of the State of Georgia

ATLANTA, __October 28, 2014__

*The Court of Appeals hereby passes the following order:*

**A15E0009.  BARTON LEE COLEMAN v. THE STATE.**

It is hereby ORDERED that Barton Lee Coleman's Petition for Supersedeas Bond is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/28/2014__
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*